Ludwig W. Kaeuffl, defendant in error, v. John F. Fitzpatrick et al., plaintiffs in error. Gen. No. 32,058.

Action for money had. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed February 9, 1928.

Lloyd C. Whitman, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Vincent G. Gallagher et al., trading as Gallagher, Shulman, Abrams & Henry, appellants, v. David Doneen and Mrs. David Doneen, appellees. Gen. No. 32,152.

Action to recover attorneys' fees. Appeal by plaintiffs from judgment for them for amount less than claimed. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and judgment here for $501.85. Opinion filed February 9, 1928.

Gallagher, Shulman, Abrams & Henry, for appellants; Maurice H. Daniels, of counsel. No appearance for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

Annette Meyers, appellee, v. Chicago Musical College, appellant. Gen. No. 32,183.

Judgment for plaintiff affirmed in absence of error to record after striking bill of exceptions. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928. Rehearing denied February 21, 1928.

Schein & Beckwith, for appellant; Fred W. Bentley, of counsel. Moses, Kennedy, Stein & Bachrach, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Fred Schuemann, defendant in error, v. Ben A. Loeb, plaintiff in error. Gen. No. 31,956.

Error sued out by defendant on judgment for plaintiff in superior court based on municipal court judgment. Error to the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Henry J. Gibbs, for plaintiff in error. O. W. Jurgens, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.